Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 15−23786−ABA
    Chapter: 7
    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dmitry Niman | Angelica Giverts |
| 22 S. Adams Ave., Unit D | 22 S. Adams Ave., Unit D |
| Margate, NJ 08402 | Margate, NJ 08402 |

Social Security No.:
  xxx−xx−8862                                               xxx−xx−8032

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after September 19, 2016 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 18, 2016
JJW: ld

                                                                                  James J. Waldron
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-23786-ABA
Dmitry Niman                                                          Chapter 7
Angelica Giverts
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Aug 18, 2016
                              Form ID: clsnodsc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db/jdb         +Dmitry Niman,    Angelica Giverts,    22 S. Adams Ave.,  Unit D,    Margate, NJ 08402-2327
aty            +Brian S. Thomas,    Brian S. Thomas, LLC,    327 Central Avenue,    Suite 103,
                 Linwood, NJ 08221-2026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2016 22:29:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2016 22:29:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Bruno  Bellucci, III   on behalf of Joint Debtor Angelica  Giverts jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Bruno  Bellucci, III   on behalf of Debtor Dmitry  Niman jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer
               doug.stanger@flastergreenberg.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;doug.stanger@ecf.inforuptc
               y.com;lillian.felici@ecf.inforuptcy.com
              Everett K. Sheintoch    on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com
              Jennifer D. Gould    on behalf of Creditor   TD Bank, N.A. jgould@stark-stark.com,
               lsciscio@stark-stark.com;mdepietro@stark-stark.com
              Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marshall T. Kizner    on behalf of Creditor   TD Bank, N.A. mkizner@stark-stark.com
              Robert P. Saltzman    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org
              Warren S. Jones, Jr.    on behalf of Creditor   Capital One, N.A. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                             TOTAL: 11