**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dmitry Niman** | Social Security number or ITIN **xxx–xx–8862** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angelica Giverts** | Social Security number or ITIN **xxx–xx–8032** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **15–23786–ABA**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dmitry Niman                                                          Angelica Giverts

                                                                                   **By the court:**   Andrew B. Altenburg Jr.
9/2/16                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-23786-ABA
Dmitry Niman                                                            Chapter 7
Angelica Giverts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Sep 02, 2016
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
```
db/jdb         +Dmitry Niman,    Angelica Giverts,    22 S. Adams Ave., Unit D,    Margate, NJ 08402-2327
aty            +Daniel F. Ashton,    Schwarz & Schwarz, PC,    One Liberty Place,    51st Floor,
                 1650 Market Street,    Philadelphia, PA 19103-7200
cr              Citizens Bank NA f/k/a RBS Citizens NA,     10561 Telgraph Road,    Glen Allen, VA 23059-4577
cr             +Renee L Friedman-Stemmer,    28 Collage Lane,    Cherry Hill, NJ 08003-5107
cr             +TD Bank, N.A.,    c/o Stark & Stark,    Attn: Marshall T. Kizner,    PO Box 5315,
                 Princeton, NJ 08543-5315
515637483      +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
515695073      +BMW Financial Services LLC,    PO Box 201347,    Arlington, TX 76006-1347
515644548      +BMW Financial Services NA, LLC,    Ascension Capital Group,    PO Box 201347,
                 Arlington, TX 76006-1347
515637487      +Capital One Mortgage,    PO Box 21887,    Eagan, MN 55121-0887
516055100      +Capital One N.A.,    Po Box 165028,    Irving, TX 75016-5028
515897152       Capital One N.A.,    c/o Ascension Capital Group,    P.O. Box 201347,    Irving, TX 75016
516050445      +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
515637488      +Citizens Bank,    One Citizens Dr.,    Riverside, RI 02915-3000
515695069      +Citizens Bank N.A.,    20000 Horizon Way Suite 900,    Mt Laurel, NJ 08054-4318
515683075      +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
515682948      +Citizens Bank, N.A.,    c/o Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                 Mt. Laurel, NJ 08054-4318
515637490      +Kathleen McBride,    7910 Castor Ave.,    Philadelphia, PA 19152-3622
515665259      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
515637491      +Stark & Stark,    777 Township Line Rd., Ste. 120,    Yardley, PA 19067-5559
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +EDI: QBTHOMAS.COM Sep 02 2016 22:38:00      Brian S. Thomas,    Brian S. Thomas, LLC,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
tr             +EDI: QBTHOMAS.COM Sep 02 2016 22:38:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 02 2016 23:00:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2016 23:00:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: fnb.bk@fnfg.com Sep 02 2016 23:01:00      First Niagara Bank,    483 Main Street,
                 Harleysville, PA 19438-2311
515685261      +E-mail/Text: girddb@aessuccess.org Sep 02 2016 23:00:15      American Education Services,
                 1200 N7th Street,    Harrisburg, PA 17102-1419
515637484       EDI: BMW.COM Sep 02 2016 22:38:00      BMW Financial Services,    PO Box 9001065,
                 Louisville, KY 40290
515689424       EDI: BMW.COM Sep 02 2016 22:38:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
515644151      +EDI: BMW.COM Sep 02 2016 22:38:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
515637486      +EDI: CAPITALONE.COM Sep 02 2016 22:38:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
515931415       EDI: CAPITALONE.COM Sep 02 2016 22:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515655826       EDI: DISCOVER.COM Sep 02 2016 22:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
515693896      +E-mail/Text: fnb.bk@fnfg.com Sep 02 2016 23:01:00      First Niagara Bank, N.A.,
                 6950 South Transit Road,    Lockport, NY 14094-6384
515637489      +E-mail/Text: fnb.bk@fnfg.com Sep 02 2016 23:01:00      First Niagra,    PO Box 28,
                 Buffalo, NY 14240-0028
515897161      +EDI: RESURGENT.COM Sep 02 2016 22:38:00      PYOD, LLC,    c/o Resurgent Capital Services,
                 Po Box 19008,    Greenville, SC 29602-9008
515756648       EDI: RMSC.COM Sep 02 2016 22:38:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515637492      +EDI: TDBANKNORTH.COM Sep 02 2016 22:38:00      TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
515637494      +EDI: TFSR.COM Sep 02 2016 22:38:00      Toyota Financial Services,    PO Box 4102,
                 CArol Stream, IL 60197-4102
                                                                                              TOTAL: 18

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
515637485*    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
               (address filed with court: BMW Financial Services,    PO Box 9001065,    Louisville, KY 40290)
515644152*     +BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
515637493*     +TD Bank,    1701 Route 70 East,    Cherry Hill, NJ 08003-2335
                                                                                   TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 02, 2016
                              Form ID: 318               Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:

```
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Bruno   Bellucci, III    on behalf of Debtor Dmitry   Niman jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Bruno   Bellucci, III    on behalf of Joint Debtor Angelica   Giverts jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer
               doug.stanger@flastergreenberg.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com;doug.stanger@ecf.inforuptc
               y.com;lillian.felici@ecf.inforuptcy.com
              Everett K. Sheintoch    on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com
              Jennifer D. Gould    on behalf of Creditor    TD Bank, N.A. jgould@stark-stark.com,
               lsciscio@stark-stark.com;mdepietro@stark-stark.com
              Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marshall T. Kizner    on behalf of Creditor    TD Bank, N.A. mkizner@stark-stark.com
              Robert P. Saltzman    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org
              Warren S. Jones, Jr.    on behalf of Creditor   Capital One, N.A. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                              TOTAL: 11
```