# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ  08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ  08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ  08050
(609) 978-4800

March 20, 2018

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

   RE: Bankruptcy of Dmitry Niman and Angelica Giverts
      Case No. 15-23786/ABA
      Our File No. N29221(a)-BT

Dear Judge Altenburg:

  The above-captioned matter is scheduled for a Status Conference today. I anticipate filing a motion to reduce claims within the next 10 days. I also anticipate issuing a Notice of Settlement which should resolve outstanding issues concerning the one asset in this case.

  I am requesting that the Status Conference be adjourned for 45 days.

  Your Honor's attention to this matter is sincerely appreciated.

          Respectfully yours,

          Brian S. Thomas

BST:kl