# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

| | |
|---|---|
| 18 NORTH MAIN STREET | 157 NORTH MAIN STREET |
| CAPE MAY COURT HOUSE, NJ 08210 | MANAHAWKIN, NJ 08050 |
| (609) 463-4800 | (609) 978-4800 |

April 10, 2018

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

    RE: Bankruptcy of Dmitry Niman and Angelica Giverts
       Case No. 15-23786/ABA
       Our File No. N29221(a)-BT

Dear Judge Altenburg:

  The above-captioned matter is scheduled for a Status Conference today. Debtor's counsel intends to file a motion to reduce/expunge certain proofs of claim filed by student loan companies. Once an order is obtained, I will be in a position to file a notice of settlement that will result in remaining creditors being paid.

  I am requesting that the Status Conference be adjourned for two months.

  Your Honor's attention to this matter is sincerely appreciated.

        Respectfully yours,

        Brian S. Thomas

BST:kl