# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

June 12, 2018

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

      RE: Bankruptcy of Dmitry Niman and Angelica Giverts
            Case No. 15-23786/ABA
            Our File No. N29221(a)-BT

Dear Judge Altenburg:

    The above-captioned matter is scheduled for a Status Conference today. It was my hope that I would be able to file a TFR. However, I could not file a TFR until a motion to expunge was filed by debtors' counsel. Although the motion was filed it was adjourned due to a service issue.

    I suggest that the matter be carried for six weeks.

    Your Honor's attention to this matter is sincerely appreciated.

                        Respectfully yours,

                        Brian S. Thomas

BST:kl