UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey 08221
Attorney for Debtor(s)
By: Brian S. Thomas, Esquire BT7513

Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DIMITRY NIMAN
ANGELA GIVERTS

Case No.: 15-23786

Judge: ABA

Chapter: 7

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER AUTHORIZING
**RETENTION OF** Sharer Petree Brotz & Snyder

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| In re: | Dimitry Niman & Angela Giverts |
| Case No.: | 15-23786/ABA |
| Applicant: | Brian S. Thomas |

☑ Trustee:  ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
☐ Debtor:   ☐ Chap. 11  ☐ Chap. 13
☐ Official Committee of _____

Professional:  Sharer Petree Brotz & Snyder

☐ Attorney for:
 ☐ Trustee   ☐ Debtor-in-Possession
 ☐ Official Committee of _____

☑ Accountant for:
 ☑ Trustee   ☐ Debtor-in-Possession
 ☐ Official Committee of _____

☐ Other Professional:
 ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
 ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Brian S. Thomas, is authorized to retain the professional, Sharer Petree Brotz & Snyder to act as accountant.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

3