Case 15-23786-ABA    Doc 78-1    Filed 06/26/18    Entered 07/06/18 21:17:44    Desc Proposed Order    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

---

**Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DIMITRY NIMAN
ANGELA GIVERTS

Case No.:  _____15-23786_____

Judge:  _____ABA_____

Chapter:  _____7_____

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING**
**RETENTION OF**  _Sharer Petree Brotz & Snyder_____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: July 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-23786-ABA    Doc 78-1    Filed 07/06/18    Entered 07/06/18 14:33:52    Desc Proposed Order    Page 2 of 3

In re:        Dimitry Niman & Angela Giverts

Case No.:     15-23786/ABA

Applicant:    Brian S. Thomas

☑ Trustee: ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Professional:  Sharer Petree Brotz & Snyder

☐ Attorney for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Accountant for:

☑ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, Brian S. Thomas                    , is authorized to retain

the professional, Sharer Petree Brotz & Snyder            to act as

accountant                                                                                    .

2.    Compensation shall be paid in such amounts as may be allowed by the Court

upon proper application(s) therefor.

2

3.      The effective date of the retention is the date the application was filed with the

Court.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-23786-ABA
Dmitry Niman                                                    Chapter 7
Angelica Giverts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jul 05, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db/jdb          +Dmitry Niman,  Angelica Giverts,   22 S. Adams Ave., Unit D,   Margate, NJ 08402-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Bruno  Bellucci, III   on behalf of Joint Debtor Angelica  Giverts jkearney@belluccilaw.net,
           bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
           ddillhoff@belluccilaw.net
          Bruno  Bellucci, III   on behalf of Debtor Dmitry  Niman jkearney@belluccilaw.net,
           bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
           ddillhoff@belluccilaw.net
          Denise E. Carlon   on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger   on behalf of Creditor Renee L Friedman-Stemmer
           doug.stanger@flastergreenberg.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptc
           y.com;diana.janansky@ecf.inforuptcy.com
          Emmanuel J. Argentieri   on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
          Everett K. Sheintoch   on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com
          Jennifer D. Gould   on behalf of Creditor   TD Bank, N.A. jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Joshua I. Goldman   on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marshall T. Kizner   on behalf of Creditor   TD Bank, N.A. mkizner@stark-stark.com
          Robert P. Saltzman   on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org
          Warren S. Jones, Jr.   on behalf of Creditor   Capital One, N.A. email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
                                                                          TOTAL: 13