UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
1201 New Road, Suite 138
Linwood, NJ 08221
(609)601-1500
Attorneys for Debtor(s)

**Order Filed on July 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dmitry Niman
Angelica Giverts

Case No.:  15-23786

Chapter:  7

Hearing Date:  5/8/18

Judge:  Andrew B. Altenburg, Jr.

# ORDER ON MOTION TO REDUCE, MODIFY, OR EXPUNGE CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Dmitry Niman and Angelica Giverts
Case No.: 15-23786
Order on Motion to Reduce, Modify, or Expunge Claim

THIS MATTER having been opened to the Court by Bruno Bellucci, III, Esquire, attorney for Debtors, Dmitry Niman and Angelica Giverts, on a Motion to expunge proof of claims Number 2 and number 5, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED, ADJUDGED AND DECREED** that proof of claims number 2 and number 5 are hereby expunged.