UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
1201 New Road, Suite 138
Linwood, NJ 08221
(609)601-1500
Attorneys for Debtor(s)

**Order Filed on July 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dmitry Niman
Angelica Giverts

Case No.: 15-23786

Chapter: 7

Hearing Date: 5/8/18

Judge: Andrew B. Altenburg, Jr.

**ORDER ON MOTION TO REDUCE, MODIFY, OR EXPUNGE CLAIM**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Dmitry Niman and Angelica Giverts
Case No.: 15-23786
Order on Motion to Reduce, Modify, or Expunge Claim

THIS MATTER having been opened to the Court by Bruno Bellucci, III, Esquire, attorney for Debtors, Dmitry Niman and Angelica Giverts, on a Motion to expunge proof of claims Number 2 and number 5, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED, ADJUDGED AND DECREED** that proof of claims number 2 and number 5 are hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:  
Dmitry Niman  
Angelica Giverts  
       Debtors

Case No. 15-23786-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 24, 2018  
                Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
db/jdb        +Dmitry Niman,    Angelica Giverts,    22 S. Adams Ave., Unit D,    Margate, NJ 08402-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:

          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com  
          Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,  
           bthomas@ecf.epiqsystems.com  
          Bruno   Bellucci, III   on behalf of Joint Debtor Angelica  Giverts jkearney@belluccilaw.net,  
           bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,  
           ddillhoff@belluccilaw.net  
          Bruno   Bellucci, III    on behalf of Debtor Dmitry  Niman jkearney@belluccilaw.net,  
           bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,  
           ddillhoff@belluccilaw.net  
          Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer  
           doug.stanger@flastergreenberg.com,  
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com  
          Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
          Everett K. Sheintoch    on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com  
          Jennifer D. Gould    on behalf of Creditor    TD Bank, N.A. jgould@stark-stark.com,  
           mdepietro@stark-stark.com  
          Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Marshall T. Kizner    on behalf of Creditor    TD Bank, N.A. mkizner@stark-stark.com  
          Robert P. Saltzman    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org  
          Warren S. Jones, Jr.    on behalf of Creditor   Capital One, N.A. email@warrensjones.com,  
           r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                                                  TOTAL: 13