# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 • FAX: (609) 601-6061 • Email: brian@brianthomaslaw.com

| | |
|---|---|
| 18 NORTH MAIN STREET<br>CAPE MAY COURT HOUSE, NJ 08210<br>(609) 463-4800 | 157 NORTH MAIN STREET<br>MANAHAWKIN, NJ 08050<br>(609) 978-4800 |

August 14, 2018

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

        RE:  Bankruptcy of Dmitry Niman and Angelica Giverts
            Case No. 15-23786/ABA
            Our File No. N29221(a)-BT

Dear Judge Altenburg:

    The above-captioned matter is scheduled for a Status Conference today. I recently issued a Notice of Settlement of Controversy. The objection date is August 14, 2018. Although I am waiting for a tax return from my accountant, I anticipate being able to file a Trustee's Final Report(TFR) by August 31, 2018

    I request that the status conference be carried to the first or second week of September.

    Your Honor's attention to this matter is sincerely appreciated.

                      Respectfully yours,

                      Brian S. Thomas

BST:kl