Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−23786−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dmitry Niman
22 S. Adams Ave., Unit D
Margate, NJ 08402

Angelica Giverts
22 S. Adams Ave., Unit D
Margate, NJ 08402

Social Security No.:
xxx−xx−8862                          xxx−xx−8032

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    10/11/18
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Barry Sharer, Accountant

COMMISSION OR FEES
Fee: $2,077.50

EXPENSES
Expenses: $14.25

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 6, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-23786-ABA
Dmitry Niman                                                                    Chapter 7
Angelica Giverts
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2         Date Rcvd: Sep 06, 2018
                              Form ID: 137              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
```
db/jdb        +Dmitry Niman,    Angelica Giverts,    22 S. Adams Ave., Unit D,    Margate, NJ 08402-2327
aty           +Brian S. Thomas,    Brian S. Thomas, LLC,    327 Central Avenue,    Suite 103,
                Linwood, NJ 08221-2026
aty          #+Daniel F. Ashton,    Schwarz & Schwarz, PC,    One Liberty Place,    51st Floor,
                1650 Market Street,    Philadelphia, PA 19103-7200
acc           +Barry R. Sharer,    Wagner, Sharer, Murtaugh & Petree,    1103 Laurel Oak Road,    Suite 105B,
                Voorhees, NJ 08043-4376
cr             Citizens Bank NA f/k/a RBS Citizens NA,    10561 Telgraph Road,    Glen Allen, VA 23059-4577
cr            +Renee L Friedman-Stemmer,    28 Collage Lane,    Cherry Hill, NJ 08003-5107
cr            +TD Bank, N.A.,    c/o Stark & Stark,    Attn: Marshall T. Kizner,    PO Box 5315,
                Princeton, NJ 08543-5315
515637483     +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
515637487     +Capital One Mortgage,    PO Box 21887,    Eagan, MN 55121-0887
516055100     +Capital One N.A.,    Po Box 165028,    Irving, TX 75016-5028
515897152      Capital One N.A.,    c/o Ascension Capital Group,    P.O. Box 201347,    Irving, TX 75016
516050445     +Capital One N.A.,,    Payment Processing,    P.O. Box 105385,    Atl, GA 30348-5385
515637488     +Citizens Bank,    One Citizens Dr.,    Riverside, RI 02915-3000
515695069     +Citizens Bank N.A.,    20000 Horizon Way Suite 900,    Mt Laurel, NJ 08054-4318
515683075     +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
515682948     +Citizens Bank, N.A.,    c/o Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                Mt. Laurel, NJ 08054-4318
515637490     +Kathleen McBride,    7910 Castor Ave.,    Philadelphia, PA 19152-3622
515665259     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
515637491     +Stark & Stark,    777 Township Line Rd., Ste. 120,    Yardley, PA 19067-5559
515637494     +Toyota Financial Services,    PO Box 4102,    CArol Stream, IL 60197-4102
517595210     +U.S. Bank National Association, as Trustee,    for the RMAC Trust, Series 2016-CTT,
                c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
517595211     +U.S. Bank National Association, as Trustee,    for the RMAC Trust, Series 2016-CTT,
                c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619,
                U.S. Bank National Association, as Trust 92619-270
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: fnb.bk@fnfg.com Sep 06 2018 23:12:16      First Niagara Bank,    483 Main Street,
                Harleysville, PA 19438-2311
515685261     +E-mail/Text: girddb@aessuccess.org Sep 06 2018 23:11:44      American Education Services,
                1200 N7th Street,    Harrisburg, PA 17102-1419
515637484      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 06 2018 23:17:07      BMW Financial Services,
                PO Box 9001065,    Louisville, KY 40290
515689424      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 06 2018 23:17:38
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
516802109     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 06 2018 23:17:01      BMW Financial Services,
                NA, LLC,    ASCENSION CAPITAL GROUP,    P.O. BOX 165028,    IRVING, TX 75016-5028
515695073     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 06 2018 23:17:01
                BMW Financial Services LLC,    PO Box 201347,    Arlington, TX 76006-1347
515644151     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 06 2018 23:17:07
                BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
515644548     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 06 2018 23:17:00
                BMW Financial Services NA, LLC,    Ascension Capital Group,    PO Box 201347,
                Arlington, TX 76006-1347
515637486     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:18:06      Capital One Bank,
                PO Box 30285,    Salt Lake City, UT 84130-0285
515931415      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:17:30
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515655826      E-mail/Text: mrdiscen@discover.com Sep 06 2018 23:10:55      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515693896     +E-mail/Text: fnb.bk@fnfg.com Sep 06 2018 23:12:16      First Niagara Bank, N.A.,
                6950 South Transit Road,    Lockport, NY 14094-6333
515637489     +E-mail/Text: fnb.bk@fnfg.com Sep 06 2018 23:12:16      First Niagra,    PO Box 28,
                Buffalo, NY 14240-0028
515897161     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 23:17:40      PYOD, LLC,
                c/o Resurgent Capital Services,    Po Box 19008,    Greenville, SC 29602-9008
515756648      E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 23:17:23      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515637492      E-mail/Text: bankruptcy@td.com Sep 06 2018 23:11:59      TD Bank,    1701 Route 70 East,
                Cherry Hill, NJ 08034
                                                                                              TOTAL: 18
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Sep 06, 2018
                              Form ID: 137             Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515637485*     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
               (address filed with court:   BMW Financial Services,    PO Box 9001065,    Louisville, KY 40290)
515644152*     +BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
515637493*     ++TD BANKNORTH NA,   70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:   TD Bank,   1701 Route 70 East,    Cherry Hill, NJ 08034)
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:

```
              Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian  Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Bruno  Bellucci, III    on behalf of Debtor Dmitry  Niman jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Bruno  Bellucci, III    on behalf of Joint Debtor Angelica  Giverts jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer
               doug.stanger@flastergreenberg.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptc
               y.com;diana.janansky@ecf.inforuptcy.com
              Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              Everett K. Sheintoch    on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com
              Jennifer D. Gould    on behalf of Creditor   TD Bank, N.A. jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marshall T. Kizner    on behalf of Creditor   TD Bank, N.A. mkizner@stark-stark.com
              Robert P. Saltzman    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org
              Warren S. Jones, Jr.    on behalf of Creditor   Capital One, N.A. email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 14
```