| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire BT7513 | **Order Filed on October 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**DIMITRY NIMAN**<br>**ANGELA GIVERTS**<br><br>                    **Debtor(s)** | Case No.: 15-23786<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER ALLOWING ATTORNEYS FEES

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: October 11, 2018**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Dimitry Niman & Angela Giverts
Case No.: 15-23786/ABA
Caption of Order: Order Allowing Attorneys Fees

Upon consideration of Chapter 7 Trustee's application for an order allowing attorneys fees, and good cause appearing therefore, it is hereby **ORDERED** that Brian S. Thomas is allowed attorneys fees in the amount of $2,500.00.