| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ROBERT N. SNYDER, JR., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on October 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>**DMITRY NIMAN<br>ANGELICA GIVERTS** | Case No.: 15-23786<br><br>Chapter 7<br><br>Hearing Date: 10/11/18 @ 2:00PM<br><br>Judge: ABA |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: October 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   **DMITRY NIMAN**
          **ANGELICA GIVERTS**

Case No.:   15-23786\ABA

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,077.50 | $14.25 |

United States Bankruptcy Court
District of New Jersey

In re:  
Dmitry Niman  
Angelica Giverts  
       Debtors

Case No. 15-23786-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Oct 11, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db/jdb        +Dmitry Niman,   Angelica Giverts,   22 S. Adams Ave., Unit D,   Margate, NJ 08402-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:

         Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
         Brian Thomas    on behalf of Trustee Brian Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
         Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
         Bruno Bellucci, III    on behalf of Joint Debtor Angelica Giverts jkearney@belluccilaw.net, bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net, ddillhoff@belluccilaw.net  
         Bruno Bellucci, III    on behalf of Debtor Dmitry Niman jkearney@belluccilaw.net, bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net, ddillhoff@belluccilaw.net  
         Denise E. Carlon    on behalf of Creditor Capital One, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer doug.stanger@flastergreenberg.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com  
         Emmanuel J. Argentieri    on behalf of Creditor U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
         Everett K. Sheintoch    on behalf of Creditor First Niagara Bank esheintoch@sheintochlaw.com  
         Jennifer D. Gould    on behalf of Creditor TD Bank, N.A. jgould@stark-stark.com, mdepietro@stark-stark.com  
         Joshua I. Goldman    on behalf of Creditor Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marshall T. Kizner    on behalf of Creditor TD Bank, N.A. mkizner@stark-stark.com  
         Robert P. Saltzman    on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org  
         Warren S. Jones, Jr.    on behalf of Creditor Capital One, N.A. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

                                                                                                TOTAL: 14