| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire BT7513 |
| **In Re:**<br><br>**DIMITRY NIMAN**<br>**ANGELA GIVERTS**<br><br>                              **Debtor(s)** |

**Order Filed on October 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 15-23786

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

# ORDER ALLOWING ATTORNEYS FEES

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: October 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Dimitry Niman & Angela Giverts
Case No.: 15-23786/ABA
Caption of Order: Order Allowing Attorneys Fees

---

Upon consideration of Chapter 7 Trustee's application for an order allowing attorneys fees, and good cause appearing therefore, it is hereby **ORDERED** that Brian S. Thomas is allowed attorneys fees in the amount of $2,500.00.

# United States Bankruptcy Court
## District of New Jersey

In re:  
Dmitry Niman  
Angelica Giverts  
     Debtors

Case No. 15-23786-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db/jdb       +Dmitry Niman,   Angelica Giverts,   22 S. Adams Ave., Unit D,   Margate, NJ 08402-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:

        Barry R. Sharer    on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,  
         BSharer@SharerPBS.com;nj83@ecfcbis.com  
        Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,  
         bthomas@ecf.epiqsystems.com  
        Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com  
        Bruno   Bellucci, III    on behalf of Joint Debtor Angelica  Giverts jkearney@belluccilaw.net,  
         bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,  
         ddillhoff@belluccilaw.net  
        Bruno   Bellucci, III    on behalf of Debtor Dmitry  Niman jkearney@belluccilaw.net,  
         bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,  
         ddillhoff@belluccilaw.net  
        Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Douglas S. Stanger    on behalf of Creditor Renee L Friedman-Stemmer  
         doug.stanger@flastergreenberg.com,  
         jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com  
        Emmanuel J. Argentieri    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
        Everett K. Sheintoch    on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com  
        Jennifer D. Gould    on behalf of Creditor   TD Bank, N.A. jgould@stark-stark.com,  
         mdepietro@stark-stark.com  
        Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Marshall T. Kizner    on behalf of Creditor   TD Bank, N.A. mkizner@stark-stark.com  
        Robert P. Saltzman    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org  
        Warren S. Jones, Jr.    on behalf of Creditor   Capital One, N.A. email@warrensjones.com,  
         r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                           TOTAL: 14