UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dmitry Niman & Angelica Giverts

| | |
|---|---|
| Case No.: | 15-23786 |
| Hearing Date: | 1-10-19 |
| Judge: | Altenburg |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 10, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                           Case No. 15-23786-ABA

NIMAN, DMITRY
GIVERTS, ANGELICA

Debtor(s)

---

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,569.26 is reasonable compensation for the services rendered in this case by BRIAN S. THOMAS, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $20.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ANDREW B. ALTENTBURG, JR.