UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dmitry Niman & Angelica Giverts

| | |
|---|---|
| Case No.: | 15-23786 |
| Hearing Date: | 1-10-19 |
| Judge: | Altenburg |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 10, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                       Case No. 15-23786-ABA

NIMAN, DMITRY
GIVERTS, ANGELICA

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,569.26 is reasonable compensation for the services rendered in this case by BRIAN S. THOMAS, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $20.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ANDREW B. ALTENTBURG, JR.

United States Bankruptcy Court
District of New Jersey

In re:
Dmitry Niman
Angelica Giverts
      Debtors

Case No. 15-23786-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jan 10, 2019
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
db/jdb       +Dmitry Niman,   Angelica Giverts,   22 S. Adams Ave., Unit D,   Margate, NJ 08402-2327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
         Barry R. Sharer   on behalf of Accountant Barry R. Sharer CShapiro@SharerPBS.com,
          BSharer@SharerPBS.com;nj83@ecfcbis.com
         Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
          bthomas@ecf.epiqsystems.com
         Brian  Thomas   brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
         Bruno  Bellucci, III   on behalf of Joint Debtor Angelica  Giverts jkearney@belluccilaw.net,
          bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
          ddillhoff@belluccilaw.net
         Bruno  Bellucci, III   on behalf of Debtor Dmitry  Niman jkearney@belluccilaw.net,
          bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
          ddillhoff@belluccilaw.net
         Denise E. Carlon   on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Douglas S. Stanger   on behalf of Creditor Renee L Friedman-Stemmer
          doug.stanger@flastergreenberg.com,
          jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com
         Emmanuel J. Argentieri   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
         Everett K. Sheintoch   on behalf of Creditor First Niagara  Bank esheintoch@sheintochlaw.com
         Jennifer D. Gould   on behalf of Creditor   TD Bank, N.A. jgould@stark-stark.com,
          mdepietro@stark-stark.com
         Joshua I. Goldman   on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Marshall T. Kizner   on behalf of Creditor   TD Bank, N.A. mkizner@stark-stark.com
         Robert P. Saltzman   on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA dnj@pbslaw.org
         Warren S. Jones, Jr.   on behalf of Creditor   Capital One, N.A. email@warrensjones.com,
          r46134@notify.bestcase.com;robert@warrensjones.com
                                                                               TOTAL: 14